**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andes Industries, Inc., a Nevada corporation; PCT International, Inc., a Nevada corporation,<br><br>  Plaintiffs,<br><br>vs.<br><br>John Mezzalingua Associates, Inc., a Delaware corporation,<br><br>  Defendant. | No. CIV 05-1850-PHX-DKD<br><br>**ORDER** |

Pending before the Court is Defendant John Mezzalingua Associates' Motion to Dismiss as to Plaintiff Andes Industries, Inc. (Doc. #12), filed September 12, 2005. On October 14, 2005, Plaintiffs filed their Response to the Motion to Dismiss (Doc. #16). In their response, Plaintiffs state that they "have no objection to the removal of Andes Industries as a party in this litigation." Accordingly,

**IT IS ORDERED** granting Defendant John Mezzalingua Associates' Motion to Dismiss as to Plaintiff Andes Industries, Inc. (Doc. #12).

**IT IS FURTHER ORDERED** dismissing Andes Industries, Inc. from this action.

DATED this 15th day of November, 2005.

David K. Duncan
United States Magistrate Judge