**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Andes Industries, Inc., et al., | ) |
| Plaintiffs/Counterdefendant, | ) No.  CIV 05-1850-PHX-DKD |
| vs. | ) **ORDER** |
| John Mezzalingua Associates, Inc., | ) |
| Defendant/Counterclaimant. | ) |

The Court has considered the Joint Stipulation to Extend Deadlines (Doc. #21) filed by the parties in the above-captioned matter, and good cause appearing,

**IT IS ORDERED** granting the extension of deadlines as follows:

1. The deadline for completing fact discovery from April 1, 2006 to June 30, 2006;

2. Disclosure of Plaintiff's expert witnesses and opinions from June 1, 2006 to August 30, 2006;

3. Disclosure of Defendant's expert witnesses and opinions from July 1, 2006 to September 29, 2006;

4. Completion of expert depositions from December 1, 2006 to March 1, 2007; and

5. Filing of dispositive motions from January 30, 2007 to April 30, 2007.

DATED this 28th day of March, 2006.

David K. Duncan
United States Magistrate Judge